121 A.3d 384

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF–APPELLANT. v. M.C., DEFENDANT–RESPONDENT.

IN THE MATTER OF M.C., M.C., JR. AND A.C., MINORS—RESPONDENTS.

September 4, 2015.

The Court on its own motion has determined to remand this appeal to the Superior Court, Appellate Division for reconsideration in light of the Court's recent opinion in *Department of Children & Families v. E.D.–O.*, 223 *N.J.* 166, 121 *A.*3d 832, 2015 *WL* 4997086 (2015). This appeal is dismissed, and jurisdiction is not retained.

121 A.3d 384

STATE OF NEW JERSEY IN THE INTEREST OF N.H., A JUVENILE.

September 18, 2015.

It is ORDERED that the motion of the State of New Jersey for leave to appeal is granted.